[NAME]
[MAILING ADDRESS]
[TELEPHONE NO.]
[FACSIMILE NO]

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| (FIRST) (MIDDLE) (LAST) | CIVIL CASE NO. 16-00026 |
|---|---|
| Petitioner(s) | |
| vs. | PETITION IN A TAX CASE |
| DIRECTOR, DEPARTMENT OF REVENUE AND TAXATION, | |
| Respondent. | |

1. The Petitioner is **Jayden C. DelaCruz** [set forth whether an individual(s), or a corporation, etc., as provided in TXLR 3] with legal residence (or principal office) now at: **4B Toves Apts. Old Agat Guam, 96928**
**8A Toves Apts. of New Agat GU, 96928**

2. Please check the appropriate box(es) to show which Department of Revenue and Taxation (DRT) notice(s) you dispute:

[✓] Notice of Deficiency                [✓] Notice of Determination Concerning Worker Classification

[ ] Notice of Determination Concerning Collection Action                [✓] Notice of Determination Concerning Your Request for Relief From Joint and Several Liability.

3. The Notice(s) checked above (a copy of which, including so much of the statement and schedules accompanying the notice as is material, is attached and marked Exhibit A) was mailed to Petitioner on _____ and was issued by DRT on _____.

4. The deficiencies (or liabilities) as determined by DRT are in income taxes for the calendar year(s) __1998__, in the amount of $__140,000__ of which $__15 Million__, is in dispute.

5. Explain why you disagree with DRT's determination in this case (please list each point separately):

   a. Petitioners was forced to pay debt owed.
   b. The petitioners was a minor and is not legal.
   c. The petitioners Taxes were garnized from
   d. The petitioners Taxes were take away income.
   e. Petitioners regular income Direct for child support

   You may use additional pages to explain why you disagree with DRT's determination. Deposits were gone.
   Worker Compensation was taken away.

6. State the facts upon which you rely (please list each point separately):

   a. I am suppose to get foodstamp & welfare.
   b. _____
   c. _____
   d. _____
   e. everything is in the amount of $0.00 dollars

   You may use additional pages to state additional facts.

7. Select one of the following:

   If you want your case conducted under small tax case procedures, check here: ☑
   If you want your case conducted under regular tax case procedures, check here: ☑
   (check one box)

WHEREFORE, Petitioner prays that (here set forth the relief desired):

a. _That it Should be pull in full._
b. _DEMAND FOR PAYMEND RIGHT away._

You may use additional pages to state additional prayers of relief.

_____  04.07.16
Signature of Petitioner          Date

_____  _____
Signature of Additional Petitioner (e.g. spouse)   Date

_____  _____
Signature of Counsel, If Retained by Petitioner    Date

**ENCLOSURES**: Please check the appropriate boxes to show that you have enclosed the following items with this petition:

☐ A copy of the Determination or Notice DRT issued to you.

☐ Tax Attachment 2 - Statement of Taxpayer Identification Number (See PRIVACY NOTICE below)

☐ Tax Attachment 3- Summons

☐ The $60.00 filing fee

PRIVACY NOTICE: Tax Attachment 2 (Statement of Taxpayer Identification Number) will **NOT** be part of the Court's public files. All other documents filed with the Court, including this Petition and any DRT notice that you enclose with this Petition, will become part of the Court's public files. To protect your privacy, you are strongly encouraged to omit or remove from this Petition, from any enclosed DRT notice, and from any other document (other than Tax Attachment 2) your taxpayer identification number (e.g., your Social Security Number) and certain other confidential information as specified in the applicable Federal Rules of Civil Procedure and the General Rules of this court.

Tax Attachment 1 – Page 3

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0115 | | Miscellaneous Income |
|---|---|---|---|---|
| GOVERNMENT OF GUAM<br>DEPARTMENT OF ADMINISTRATION<br>P.O. BOX 884<br>HAGATNA, GUAM 96932 | | Form **2011**<br>1099-MISC | | |

| **1** Rents<br>$ | **2** Royalties<br>$ |
|---|---|
| **3** Other income<br>$ 1012.00 | **4** Federal income tax withheld<br>$ .00 |

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| 98-0018947 | xxx-xx-6995 |

RECIPIENT'S name

DELA CRUZ, JAYDEEN

Street address (including apt. no.)

P.O. BOX 7517

City, state, and ZIP code

AGAT GU 96928

| **5** Fishing boat proceeds<br>$ | **6** Medical and health care payments<br>$ |
|---|---|
| **7** Nonemployee compensation<br>$ | **8** Substitute payments in lieu of dividends or interest<br>$ |
| **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | **10** Crop insurance proceeds<br>$ |
| **11** | **12** |
| **13** Excess golden parachute payments<br>$ | **14** Gross proceeds paid to an attorney<br>$ |

Account number (see instructions)

Copy B
For Recipient

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| **15a** Section 409A deferrals<br>$ | **15b** Section 409A income<br>$ | **16** State tax withheld<br>$<br>$ | **17** State/Payer's state no.<br><br> | **18** State income<br>$<br>$ |
|---|---|---|---|---|

Form **1099-MISC** (Keep for your records) Department of the Treasury - Internal Revenue Service