

Office of the Attorney General
**Elizabeth Barrett-Anderson**
Attorney General of Guam
**Litigation Division**
590 S. Marine Corps Drive
Suite 706, ITC Building
Tamuning, Guam 96913 • USA
(671) 475-3324 • (671) 472-2493(Fax)
www.guamag.org

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
MAY 23 2016
JEANNE G. QUINATA
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## HAGATNA, GUAM

| | |
|---|---|
| JAYDEEN C. DELA CRUZ, | ) Civil Case No. 16-00026 |
| Petitioners, | ) |
| vs. | ) **RESPONDENT DEPARTMENT OF REVENUE AND TAXATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)** |
| DIRECTOR, DEPARTMENT OF REVENUE AND TAXATION, | ) |
| Respondent. | ) |

COMES NOW, RESPONDENT DIRECTOR of the GUAM DEPARTMENT OF REVENUE AND TAXATION ("Rev & Tax"), by and through the Office of the Attorney General of Guam, by Monty May, Assistant Attorney General, pursuant to Fed. R. Civ. P. 12(b)(1) and moves to dismiss all claims brought by Petitioner JAYDEEN DELA CRUZ. This Court lacks jurisdiction over this matter and thus the Petition must be dismissed.



Grounds for this motion are Fed.R.Civ.P.12(b)(1), Respondent Rev & Tax's accompanying Memorandum in Support of this Motion to Dismiss, the Declaration of Herbert S. Fukuda, and Rev & Tax's Notice to *Pro Se* Litigant.

Respondent Rev & Tax respectfully requests this Court to dismiss Petitioner's Petition in its entirety with prejudice.

Respectfully submitted this 23rd day of May, 2016.

OFFICE OF THE ATTORNEY GENERAL
**Elizabeth Barrett-Anderson**, Attorney General

By: _____
**MONTY MAY**
Assistant Attorney General, for
Respondent, Department of Revenue and Taxation