

**Office of the Attorney General**
**Elizabeth Barrett-Anderson**
Attorney General of Guam
**Litigation Division**
590 S. Marine Corps Drive
Suite 706, ITC Building
Tamuning, Guam 96913 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamag.org

**Attorneys for the Government of Guam**

## IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| JAYDEEN C. DELA CRUZ ) | CIVIL CASE NO. 16-00026 |
| ) | |
| Petitioner, ) | |
| ) | **RESPONDENT REVENUE AND** |
| vs. ) | **TAXATION'S MOTION TO DECLARE** |
| ) | **PETITIONER A VEXATIOUS** |
| DIRECTOR, DEPARTMENT OF ) | **LITIGANT** |
| REVENUE AND TAXATION, ) | **(oral argument requested)** |
| ) | |
| Respondent. ) | |
| ) | |

RESPONDENT DIRECTOR of the GUAM DEPARTMENT OF REVENUE AND TAXATION ("Rev & Tax"), by and through the Office of the Attorney General of Guam, moves this Court to declare Petitioner Jaydeen C. Dela Cruz a vexatious litigant and requests a pre-filing review order. Respondent relies upon the supporting memorandum of points and authorities, incorporated herein by reference.

Respondent requests oral argument solely to fulfill the requirement that the non-movant be given notice and an opportunity to be heard. *Molski v. Evergreen Dynasty Corp.*, 500 F.3d

1047, 1057 (9th Cir. 2007) (*citing De Long v. Hennessey,* 912 F.2d 1144, 1147 (9th Cir. 1990)).

Dated this 7th day of June, 2016.

                        **OFFICE OF THE ATTORNEY GENERAL**
                        **Elizabeth Barrett-Anderson,** Attorney General

By: _____
                        **MONTY MAY**
                        Assistant Attorney General, for
                        Respondent, Department of Revenue and Taxation